IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS W. SHERWOOD | : |
| | : CIVIL ACTION |
| Plaintiff | : |
| | : |
| vs. | : NO. 17-CV-2694 |
| | : |
| EVANSTON INSURANCE COMPANY | : |
| | : |
| Defendant | : |

**ORDER**

AND NOW, this   19th   day of September, 2017, upon consideration of Defendant's Motion for Leave to File a Reply Brief (Doc. No. 9), it is hereby ORDERED that the Motion is GRANTED and Defendant is given leave to file its Reply Brief in Support of its Motion for Judgment on the Pleadings in the form proposed within ten (10) days of the date of this Order.

BY THE COURT:


s/J. Curtis Joyner
J. CURTIS JOYNER,    J.